**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

William C. Hahesy #105743

Attorneys for:  Defendants Mount Whitney Pest Control, Inc. and Edward Maurer

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MOUNT WHITNEY PEST CONTROL, INC., EDWARD MAURER and LORENZO RIOS,<br><br>   Defendants. | Case No.  01:06-CR-00172 DLB<br><br>**STIPULATION TO EXTEND DATES FOR FILING OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON** |

   Plaintiff United States of America and Defendants Mount Whitney Pest Control, Inc., Edward Maurer and Lorenzo Rios, by and through their respective attorneys of record hereby STIPULATE and AGREE as follows:

   1.   On July 7, 2006, the parties appeared before the Honorable Dennis L. Beck, United States Magistrate Judge, for the initial appearance in this case;

   2.   At the initial appearance, the Court set the following schedule:

      a.   Defendants' motions are to be filed by August 7, 2006;

      b.   Plaintiff's oppositions to the motions is to be filed by August 21, 2006; and

      c.   Hearing on the motions and further status conferences set for September 1, 2006.

{6684/002/00193881.DOC}                              1

STIPULATION TO EXTEND DATES FOR FILING OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE
SPEEDY TRIAL ACT AND ORDER THEREON

3. Subsequent to the initial appearance, the court issued a Minute Order, which indicated that the date for the government's response to the motions is August 18, 2006.

4. The parties are in the process of participating in settlement negotiations and need additional time to pursue those negotiations in advance of filing of the motions. In addition, counsel for Defendants need additional time to research and prepare motions. Further, counsel for Defendants Mount Whitney Pest Control, Inc. and Edward Maurer has a vacation currently scheduled to start on July 29, 2006, with counsel returning to work on August 7, 2006. This pre-paid vacation impacts the ability of counsel to prepare the motions currently set to be filed by August 7, 2006. Counsel for the Defendants have exercised due diligence to date in reviewing the discovery and in researching materials for relevant appropriate motions. The discovery is relatively extensive and additional time is needed to analyze and review all of the discovery and conduct further investigation to assist in preparation of the motions.

5. The parties respectfully request that the Court authorize an additional two weeks to research and prepare pre-trial motions and to continue the settlement negotiations. The parties propose the following schedule to the court:

   a. The motions are to be filed by August 21, 2006;

   b. The oppositions are to be filed by September 5, 2006; and

   c. The hearing on the motions and further status conference will be on September 15, 2006 at 10:30 a.m. in Courtroom 9, before the Honorable Dennis L. Beck.

6. The parties further stipulate and agree to exclude the time under the Speedy Trial Act for the reasons set forth herein from the date of execution of this stipulation to and including September 15, 2006. This stipulation is submitted pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and (h)(8). The parties respectfully submit that the ends of justice will be served by the court granting this continuance and that this continuance outweighs the best interest of the public and Defendants to a speedy trial. The Defendants have received discovery totaling 438 pages. Within this discovery, there is significant amount of witness statements, investigative material and lab results. The Defendants have been

{6684/002/00193881.DOC}                               2

STIPULATION TO EXTEND DATES FOR FILING OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON

diligently reviewing this discovery.  The Defendants need additional time to complete the review of this discovery in order to assist in the preparation of the pre-trial motions.  The continuance is necessary to provide counsel for the Defendant with reasonable time necessary for effective preparation of the pre-trial motions, taking into account the exercise of due diligence.

DATED:  August 27, 2006.           UNITED STATES ATTORNEY'S OFFICE


                                   By:   /s/  Robert Wright
                                         Robert Wright,
                                         Attorney for Plaintiff,
                                         United States of America

DATED:  August 27, 2006.           SAGASER, JONES & HAHESY


                                   By:   /s/  William C. Hahesy
                                         William C. Hahesy,
                                         Attorneys for Defendants,
                                         Mount Whitney Pest Control and
                                         Edward Maurer

DATED:  August 27, 2006.           LAW OFFICES OF DANIEL A. BACON


                                   By:   /s/  Daniel A. Bacon
                                         Daniel A. Bacon
                                         Attorneys for Defendant,
                                         Lorenzo Rios

## ORDER

The court having reviewed the proceeding Stipulation and good cause therefore:

1. The court hereby enters the following schedule:

   a. The motions are due by August 21, 2006;

   b. The oppositions are due by September 5, 2006; and

   c. The hearing on the motions and further status conference will be on September 15, 2006 at 10:30 a.m. in Courtroom 9, before the Honorable Dennis L. Beck.

2. The court further excludes time under the Speedy Trial Act from the date of execution of the Stipulation to September 15, 2006, the date of the hearing and further

{6684/002/00193881.DOC}                    3

STIPULATION TO EXTEND DATES FOR FILING OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON

status conference. The court specifically finds that the period of time is excusable pursuant to the provision of Title 18, United States Codes, Section 3161(h)(1)(F) and (h)(8), after consideration of all the relevant factors. The court further finds that the additional time is necessary for the Defendants to reasonably research and prepare appropriate motions and the government to research and prepare an appropriate response and the hearing thereon, taking into account the exercise of reasonable diligence.

The undersigned is executing the order due to the temporary absence of the Honorable Dennis L. Beck from the court.

IT IS SO ORDERED.

**Dated:   2006**                              /s/ Lawrence J. O'Neill
b9ed48                                        UNITED STATES MAGISTRATE JUDGE

{6684/002/00193881.DOC}                              4

STIPULATION TO EXTEND DATES FOR FILING OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON