1  **SAGASER, JONES & HAHESY**
   2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
   Fresno, California  93717-1632
3  Telephone:  (559) 233-4800
   Facsimile:  (559) 233-9330
4
   William C. Hahesy #105743
5

6  Attorneys for:  Defendants Mount Whitney Pest Control, Inc. and Edward Maurer

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA, | Case No.  01:06-CR-00172 DLB
11 |         Plaintiff, | **STIPULATION TO EXTEND DATES FOR FILING OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON**
12 |     v. |
13 | MOUNT WHITNEY PEST CONTROL, INC., EDWARD MAURER and |
14 | LORENZO RIOS, |
15 |         Defendants. |

16

17

18         Plaintiff United States of America and Defendants Mount Whitney Pest Control,

19 Inc., Edward Maurer and Lorenzo Rios, by and through their respective attorneys of record

20 hereby STIPULATE and AGREE as follows:

21         1.      On July 7, 2006, the parties appeared before the Honorable Dennis L.

22 Beck, United States Magistrate Judge, for the initial appearance in this case;

23         2.      At the initial appearance, the Court set the following schedule:

24                 a.      Defendants' motions are to be filed by August 7, 2006;

25                 b.      Plaintiff's oppositions to the motions is to be filed by August 21,

26 2006; and

27                 c.      Hearing on the motions and further status conferences set for

28 September 1, 2006.

{6684/002/00195071.DOC}                                  1

STIPULATION TO EXTEND DATES FOR FILING OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER
THE SPEEDY TRIAL ACT AND ORDER THEREON

3. On August 3, 2006, the Court, pursuant to the Stipulation and Application of the parties, continue the above referenced dates to the following:

    a. The motions are to be filed by August 21, 2006;

    b. The oppositions are to be filed by September 5, 2006;

    c. The hearing on the motion and further status conference will be on September 15, 2006 at 10:30 a.m. in Courtroom 9 before the Honorable Dennis L. Beck.

4. The parties are engaged extensively in settlement negotiations and need additional time to pursue those negotiations in advance of filing the motions. Counsel for the government advises that it has submitted a proposal to the Environmental Protection Agency for its review and approval. Due to the schedule of counsel for the government and necessary parties at the Environmental Protection Agency, the proposal will not be able to be reviewed and evaluated until the end of August, 2006. Counsel for Defendants are not opposed to the continuance of these dates to permit the parties to continue the negotiations. In addition, counsel for the Defendants are still reviewing discovery and conducting other investigative work that they anticipate, if necessary, may be relevant to potential motions that will be filed in this matter. Discovery is relatively extensive and additional time is needed to review and analyze all discovery and conduct further investigation to assist in preparation of the motions.

5. The parties therefore respectfully request that the Court authorize an additional three weeks to research and prepare pre-trial motions and to continue the settlement negotiations. The parties propose the following schedule to the court:

    a. The motions are to be filed by September 11, 2006;

    b. The oppositions are to be filed by September 25, 2006; and

    c. The hearing on the motions and further status conference will be on October 6, 2006 at 10:30 a.m. in Courtroom 9, before the Honorable Dennis L. Beck.

6. The parties further stipulate and agree to exclude the time under the Speedy Trial Act for the reasons set forth herein from the date of execution of this stipulation to and including October 6, 2006. This stipulation is submitted pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and (h)(8). The parties respectfully submit that the ends of

{6684/002/00195071.DOC}    2

STIPULATION TO EXTEND DATES FOR FILING OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON

justice will be served by the court granting this continuance and that this continuance outweighs the best interest of the public and Defendants to a speedy trial. The parties incorporates the reasons set forth in paragraph e. In addition, the Defendants have received discovery totaling 438 pages. Within this discovery, there is significant amount of witness statements, investigative material and lab results. The Defendants have been diligently reviewing this discovery. The Defendants need additional time to complete the review of this discovery in order to assist in the preparation of the pre-trial motions. The continuance is necessary to provide counsel for the Defendant with reasonable time necessary for effective preparation of the pre-trial motions, taking into account the exercise of due diligence.

DATED: August 17, 2006.          UNITED STATES ATTORNEY'S OFFICE

                                 By:  /s/
                                      Robert Wright,
                                      Attorney for Plaintiff,
                                      United States of America

DATED: August 17, 2006.          SAGASER, JONES & HAHESY

                                 By:  /s/
                                      William C. Hahesy,
                                      Attorneys for Defendants,
                                      Mount Whitney Pest Control and
                                      Edward Maurer

DATED: August 17, 2006.          LAW OFFICES OF DANIEL A. BACON

                                 By:  /s/
                                      Daniel A. Bacon
                                      Attorneys for Defendant,
                                      Lorenzo Rios

///

///

///

///

{6684/002/00195071.DOC}                3

STIPULATION TO EXTEND DATES FOR FILING OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON

# ORDER

The court having reviewed the proceeding Stipulation and good cause therefore:

1. The court hereby enters the following schedule:

   a. The motions are due by September 11, 2006;

   b. The oppositions are due by September 25, 2006; and

   c. The hearing on the motions and further status conference will be on October 6, 2006 at 10:30 a.m. in Courtroom 9, before the Honorable Dennis L. Beck.

2. The court further excludes time under the Speedy Trial Act from the date of execution of the Stipulation to October 6, 2006, the date of the hearing and further status conference. The court specifically finds that the period of time is excusable pursuant to the provision of Title 18, United States Codes, Section 3161(h)(1)(F) and (h)(8), after consideration of all the relevant factors. Counsel advises for the government advises that it has submitted a proposal to the Environmental Protection Agency for its review and approval. Due to the schedule of counsel for the government and necessary parties at the Environmental Protection Agency, the proposal will not be able to be reviewed and evaluated until the end of August, 2006. Counsel for Defendants are not opposed to the continuance of these dates to permit the parties to continue the negotiations. The parties are engaged extensively in settlement negotiations. The reasons set forth in paragraph 3 are incorporated herein. In addition, counsel for the Defendants are still reviewing discovery and conducting other investigative work that they anticipate, if necessary, may be relevant to potential motions that will be filed in this matter. The discovery is relatively extensive and additional time is needed to review and analysis all discovery and conduct further investigation to assist in preparation of the motions. The court further finds that the additional time is necessary for the Defendants to reasonably research and prepare appropriate motions and the government to research and prepare an appropriate response and the hearing thereon, taking into account the exercise of reasonable diligence.

Dated: August 18, 2006         /s/ Dennis L. Beck
                               Honorable Dennis L. Beck
                               United States Magistrate Judge

{6684/002/00195071.DOC}   4

STIPULATION TO EXTEND DATES FOR FILING OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON