1  **SAGASER, JONES & HAHESY**
   2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
   Fresno, California 93717-1632
3  Telephone: (559) 233-4800
   Facsimile: (559) 233-9330
4
   William C. Hahesy #105743
5

6  Attorneys for: Defendants Mount Whitney Pest Control, Inc. and Edward Maurer

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,               | Case No. 01:06-CR-00172 DLB
11 |         Plaintiff,                      | **APPLICATION FOR WAIVER OF APPEARANCE FOR DEFENDANTS MOUNT WHITNEY PEST CONTROL, INC., AND EDWARD MAURER AND ORDER THEREON**
12 |     v.                                  |
13 | MOUNT WHITNEY PEST CONTROL,              |
   | INC., EDWARD MAURER and                 |
14 | LORENZO RIOS,                           | Date: October 6, 1006
                                              | Time: 10:30 a.m.
15 |         Defendants.                     | Dept.: 9
                                              | Judge: Honorable Dennis L. Beck

16

17

18

19        Defendants Mount Whitney Pest Control, Inc. and Edward Maurer, by and

20 through their counsel of record, hereby apply to the Court for a waiver of their personal

21 appearances at the hearing on the Motions and further status conference currently set for

22 October 6, 2006 and any continuation thereof.

23 DATED: October 4, 2006.                    SAGASER, JONES & HAHESY

24

25                                            By:   /s/   William C. Hahesy
                                                    William C. Hahesy,
26                                                  Attorneys for Defendants,
                                                    Mount Whitney Pest Control and
27                                                  Edward Maurer

28 *Additional signatures on page 2*
   {6684/002/00197756.DOC}                    1

**WE CONSENT TO THIS APPLICATION:**

DATED:  October 4, 2006.                    MOUNT WHITNEY PEST CONTROL, INC.


                                            By:   /s/   Edward B. Maurer


DATED:  October ____, 2006.                  /s/   Edward Maurer
                                            Edward Maurer


### **ORDER**

**IT IS SO ORDERED** that the appearance of Defendants Mount Whitney Pest Control, Inc. and Edward Maurer are hereby waived.

Dated:  October 5, 2006                     ___/s/ *Dennis L. Beck*_____
                                            Honorable Dennis L. Beck
                                            United States Magistrate Judge

{6684/002/00197756.DOC}                     2