**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

William C. Hahesy #105743

Attorneys for: Defendants Mount Whitney Pest Control, Inc. and Edward Maurer

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOUNT WHITNEY PEST CONTROL, INC., EDWARD MAURER and LORENZO RIOS,<br><br>　　　　Defendants. | Case No. 01:06-CR-00172 DLB<br><br>**STIPULATION TO EXTEND DATES FOR HEARING ON OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON** |

Plaintiff United States of America and Defendants Mount Whitney Pest Control, Inc., Edward Maurer and Lorenzo Rios, by and through their respective attorneys of record hereby STIPULATE and AGREE as follows:

　　1.　On July 7, 2006, the parties appeared before the Honorable Dennis L. Beck, United States Magistrate Judge, for the initial appearance in this case;

　　2.　At the initial appearance, the Court set the following schedule:

　　　　a.　Defendants' motions are to be filed by August 7, 2006;

///
///
///
///

{6684/002/00197748.DOC}　　　　　　　1

Case 1:06-cr-00172-DLB  Document 29  Filed 10/05/06  Page 2 of 4

1          b.     Plaintiff's oppositions to the motions is to be filed by August 21, 2006; and

3          c.     Hearing on the motions and further status conferences set for September 1, 2006.

    3.     On August 3, 2006, the Court, pursuant to the Stipulation and Application of the parties, continue the above referenced dates to the following:

        a.     The motions are to be filed by August 21, 2006;

        b.     The oppositions are to be filed by September 5, 2006;

        c.     The hearing on the motion and further status conference will be on September 15, 2006 at 10:30 a.m. in Courtroom 9 before the Honorable Dennis L. Beck.

    4.     The court subsequently extended those dates as follows:

        a.     The motions are to be filed by September 11, 2006;

        b.     The oppositions are to be filed by September 25, 2006; and

        c.     The hearing on the motions and further status conference will be on October 6, 2006 at 10:30 a.m. in Courtroom 9, before the Honorable Dennis L. Beck.

    5.     The motions were filed by Defendants. The Government has replied.

    6.     The Government recently submitted a plea offer to Defendants. The offer is being reviewed. The parties request additional time to pursue negotiations in advance of the hearing on the motions. The parties request a two-week continuation of the hearing to October 20, 2006.

    7.     The parties further stipulate and agree to exclude the time under the Speedy Trial Act for the reasons set forth herein from the date of execution of this stipulation to and including October 20, 2006. This stipulation is submitted pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and (h)(8). The parties respectfully submit that the ends of

///
///
///
///

{6684/002/00197748.DOC}    2

STIPULATION TO EXTEND DATES FOR HEARING ON MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON

justice will be served by the court granting this continuance and that this continuance outweighs the best interest of the public and Defendants to a speedy trial. The parties incorporates the reasons set forth in paragraph 6.

DATED: October 4, 2006.            UNITED STATES ATTORNEY'S OFFICE

                                   By:   /s/   Robert Wright
                                         Robert Wright,
                                         Attorney for Plaintiff,
                                         United States of America

DATED: October 4, 2006.            SAGASER, JONES & HAHESY

                                   By:   /s/   William C. Hahesy
                                         William C. Hahesy,
                                         Attorneys for Defendants,
                                         Mount Whitney Pest Control and
                                         Edward Maurer

DATED: October 5, 2006.            LAW OFFICES OF DANIEL A. BACON

                                   By:   /s/   Daniel A. Bacon
                                         Daniel A. Bacon
                                         Attorneys for Defendant,
                                         Lorenzo Rios

## ORDER

The court having reviewed the proceeding Stipulation and good cause therefore:

1. The court hereby continues the hearing on the motions and further status conference to October 20, 2006 at 10:30 a.m. in Courtroom 9, before the Honorable Dennis L. Beck.

2. The court further excludes time under the Speedy Trial Act from the date of execution of the Stipulation to October 20, 2006, the date of the hearing and further status conference. The court specifically finds that the period of time is excusable pursuant to the provision of Title 18, United States Codes, Section 3161(h)(1)(F) and (h)(8), after

{6684/002/00197748.DOC}            3

STIPULATION TO EXTEND DATES FOR HEARING ON MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON

1  consideration of all the relevant factors.  The parties are engaged extensively in settlement
2  negotiations.  The reasons set forth in paragraph 6 are incorporated herein.
3
4  Dated:  October 5, 2006                              /s/ *Dennis L. Beck*
                                                        Honorable Dennis L. Beck
5                                                       United States Magistrate Judge

{6684/002/00197748.DOC}                4

STIPULATION TO EXTEND DATES FOR HEARING ON MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON