**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

William C. Hahesy #105743

Attorneys for: Defendants Mount Whitney Pest Control, Inc. and Edward Maurer

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOUNT WHITNEY PEST CONTROL, INC., EDWARD MAURER and LORENZO RIOS,<br><br>　　　　Defendants. | Case No. 01:06-CR-00172 DLB<br><br>**STIPULATION TO EXTEND DATES FOR HEARING ON OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON**<br><br>Date:　November 15, 2006<br>Time:　10:00 a.m.<br>Dept:　7<br>Judge:　Hon. Sandra M. Snyder |

　　　　Plaintiff United States of America and Defendants Mount Whitney Pest Control, Inc., Edward Maurer and Lorenzo Rios, by and through their respective attorneys of record hereby STIPULATE and AGREE as follows:

　　　　1.　On July 7, 2006, the parties appeared before the Honorable Dennis L. Beck, United States Magistrate Judge, for the initial appearance in this case;

　　　　2.　At the initial appearance, the Court set the following schedule:

　　　　　　a.　Defendants' motions are to be filed by August 7, 2006;

////

////

////

{6684/002/00198529.DOC}　　　　　　1

    b.  Plaintiff's oppositions to the motions is to be filed by August 21, 2006; and

    c.  Hearing on the motions and further status conferences set for September 1, 2006.

  3.  On August 3, 2006, the Court, pursuant to the Stipulation and Application of the parties, continue the above referenced dates to the following:

    a.  The motions are to be filed by August 21, 2006;

    b.  The oppositions are to be filed by September 5, 2006;

    c.  The hearing on the motion and further status conference will be on September 15, 2006 at 10:30 a.m. in Courtroom 9 before the Honorable Dennis L. Beck.

  4.  The court subsequently extended those dates as follows:

    a.  The motions are to be filed by September 11, 2006;

    b.  The oppositions are to be filed by September 25, 2006; and

    c.  The hearing on the motions and further status conference will be on October 6, 2006 at 10:30 a.m. in Courtroom 9, before the Honorable Dennis L. Beck.  This hearing and status conference have since been continued to October 20, 2006.

  5.  The motions were filed by Defendants.  The Government has replied.

  6.  The Government and Defendants.  Defendants are in settlement negotiations.  The Government has requested additional time to consider and obtain permission to enter into a certain resolution.  The parties thus request additional time to pursue negotiations in advance of the hearing on the motions.  The parties request a continuation of the hearing to November 15, 2006.

  7.  The parties further stipulate and agree to exclude the time under the Speedy Trial Act for the reasons set forth herein from the date of execution of this stipulation to and including November 15, 2006.  This stipulation is submitted pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and (h)(8).  The parties respectfully submit that the ends of

///

///

{6684/002/00198529.DOC}  2

STIPULATION TO EXTEND DATES FOR HEARING ON MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON

justice will be served by the court granting this continuance and that this continuance outweighs the best interest of the public and Defendants to a speedy trial. The parties incorporates the reasons set forth in paragraph 6.

DATED: October 18, 2006.                UNITED STATES ATTORNEY'S OFFICE


By:  _____/s/  Robert Wright_____
      Robert Wright,
      Attorney for Plaintiff,
      United States of America

DATED: October 18, 2006.                SAGASER, JONES & HAHESY


By:  _____/s/  William C. Hahesy_____
      William C. Hahesy,
      Attorneys for Defendants,
      Mount Whitney Pest Control and
      Edward Maurer

DATED: October 18, 2006.                LAW OFFICES OF DANIEL A. BACON


By:  _____/s/  Daniel A. Bacon_____
      Daniel A. Bacon
      Attorneys for Defendant,
      Lorenzo Rios

## **ORDER**

The court having reviewed the proceeding Stipulation and good cause therefore:

1.    The court hereby continues the hearing on the motions and further status conference to November 15, 2006 at 10:00 a.m. in Courtroom 7, before the Honorable Sandra M. Snyder.

2.    The court further excludes time under the Speedy Trial Act from the date of execution of the Stipulation to November 15, 2006, the date of the hearing and further status conference. The court specifically finds that the period of time is excusable pursuant to

///

///

{6684/002/00198529.DOC}                3

STIPULATION TO EXTEND DATES FOR HEARING ON MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON

the provision of Title 18, United States Codes, Section 3161(h)(1)(F) and (h)(8), after consideration of all the relevant factors. The parties are engaged extensively in settlement negotiations. The reasons set forth in paragraph 6 are incorporated herein.

Dated: October 19, 2006        /s/ *Dennis L. Beck*
                               Honorable Dennis L. Beck
                               United States Magistrate Judge

{6684/002/00198529.DOC}        4

STIPULATION TO EXTEND DATES FOR HEARING ON MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON