**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

William C. Hahesy #105743

Attorneys for:  Defendants Mount Whitney Pest Control, Inc. and Edward Maurer

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  01:06-CR-00172 DLB |
| Plaintiff, | **STIPULATION TO EXTEND DATES FOR HEARING ON OF MOTIONS, STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND ORDER THEREON** |
| v. | |
| MOUNT WHITNEY PEST CONTROL, INC., EDWARD MAURER and LORENZO RIOS, | |
| Defendants. | **Date:      November 27, 2006**<br>**Time:      2:30 p.m.**<br>**Dept:      7**<br>**Judge: Hon. Sandra M. Snyder** |

Plaintiff United States of America and Defendants Mount Whitney Pest Control, Inc., Edward Maurer and Lorenzo Rios, by and through their respective attorneys of record hereby STIPULATE and AGREE as follows:

1.      On July 7, 2006, the parties appeared before the Honorable Dennis L. Beck, United States Magistrate Judge, for the initial appearance in this case;

2.      At the initial appearance, the Court set the following schedule:

a.      Defendants' motions are to be filed by August 7, 2006;

////
////
////

{6684/002/00199799.DOC}                                    1

PDF created with pdfFactory trial version www.pdffactory.com

1             b.            Plaintiff's oppositions to the motions is to be filed by August 21,

2   2006; and

3             c.            Hearing on the motions and further status conferences set for

4   September 1, 2006.

5             3.           On August 3, 2006, the Court, pursuant to the Stipulation and

6   Application of the parties, continue the above referenced dates to the following:

7             a.            The motions are to be filed by August 21, 2006;

8             b.            The oppositions are to be filed by September 5, 2006;

9             c.            The hearing on the motion and further status conference will be

10  on September 15, 2006 at 10:30 a.m. in Courtroom 9 before the Honorable Dennis L. Beck.

11            4.           The court subsequently extended those dates as follows:

12            a.            The motions are to be filed by September 11, 2006;

13            b.            The oppositions are to be filed by September 25, 2006; and

14            c.            The hearing on the motions and further status conference will be

15  on October 6, 2006 at 10:30 a.m. in Courtroom 9, before the Honorable Dennis L. Beck.  This

16  hearing and status conference have since been continued to October 20, 2006 and then later to

17  November 15, 2006.

18            5.           The motions were filed by Defendants.  The Government has replied.

19            6.           The Government and Defendants are in settlement negotiations.  A plea

20  agreement was submitted by the Government on Monday, November 6, 2006.    The

21  Government and Defendants need additional time to continue their negotiations.  The parties

22  thus request additional time to pursue negotiations in advance of the hearing on the motions.

23  The parties request a continuation of the hearing to November 27, 2006.

24            7.           The parties further stipulate and agree to exclude the time under the

25  Speedy Trial Act for the reasons set forth herein from the date of execution of this stipulation

26  to and including November 27, 2006.  This stipulation is submitted pursuant to Title 18, United

27  States Code, Section 3161(h)(1)(F) and (h)(8).  The parties respectfully submit that the ends of

28  ///

{6684/002/00199799.DOC}       2

PDF created with pdfFactory trial version www.pdffactory.com

1   justice will be served by the court granting this continuance and that this continuance
2   outweighs the best interest of the public and Defendants to a speedy trial.   The parties
3   incorporates the reasons set forth in paragraph 6.

4   DATED:  November 13, 2006.          UNITED STATES ATTORNEY'S OFFICE

5

6                                       By: _____/s/   Robert Wright_____
                                            Robert Wright,
7                                           Attorney for Plaintiff,
                                            United States of America
8
9   DATED:  November 13, 2006.          SAGASER, JONES & HAHESY

10

11                                      By: _____/s/   William C. Hahesy_____
                                            William C. Hahesy,
12                                          Attorneys for Defendants,
                                            Mount Whitney Pest Control and
13                                          Edward Maurer

14  DATED:  November 10, 2006.          LAW OFFICES OF DANIEL A. BACON

15

16                                      By: _____/s/ Daniel A. Bacon_____
                                            Daniel A. Bacon
17                                          Attorneys for Defendant,
                                            Lorenzo Rios
18

19                                      **ORDER**

20          The court having reviewed the proceeding Stipulation and good cause therefore:

21          1.      The court hereby continues the hearing on the motions and further status
22  conference to November 27, 2006 at 2:30p.m. in Courtroom 7, before the Honorable Sandra M.
23  Snyder.

24          2.      The court further excludes time under the Speedy Trial Act from the
25  date of execution of the Stipulation to November 27, 2006, the date of the hearing and further
26  status conference.   The court specifically  finds that the period of time is excusable pursuant to
27  ///
28  ///

{6684/002/00199799.DOC}                          3

PDF created with pdfFactory trial version www.pdffactory.com

1  the provision of Title 18, United States Codes, Section 3161(h)(1)(F) and (h)(8), after
2  consideration of all the relevant factors.   The parties are engaged extensively in settlement
3  negotiations.  The reasons set forth in paragraph 6 are incorporated herein.

4

5  Dated:  11/13/2006                              /s/ Sandra M. Snyder
6                                                  Honorable Sandra M. Snyder
                                                   United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{6684/002/00199799.DOC}                      4

PDF created with pdfFactory trial version www.pdffactory.com